MAA:GSG
F.#2004R01062

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 29 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

IRVING FREIBERG,

        Defendant.

- - - - - - - - - - - - - - - - -X

I N F O R M A T I O N

Cr. No. 06-570 (DLI)
(T. 18, U.S.C., §§ 1349 and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

### INTRODUCTION

At all times relevant to this Information, unless otherwise indicated:

<u>The Defendant</u>

1. The defendant IRVING FREIBERG was a stock promoter who resided in Boca Raton, Florida. FREIBERG promoted stocks using his website, "www.stockgenie.com," and through newsletters that FREIBERG, together with others, disseminated to the investing public using electronic mail ("e-mail"). These newsletters were entitled "Investor Insights," "Bullseye Stock Profile," and "Stock Talk Central."

<u>Witnet International</u>

2. Witnet International, Inc. ("Witnet") was a computer software development company based in Toronto, Canada. In or about June 2002, Witnet became a publicly traded company

through a reverse merger with New Cinema Partners, Inc. ("New Cinema"), a registered company with virtually no ongoing business operations at the time of the merger. In or about and between April 2003 and October 2003, Witnet's common stock was registered under Section 12 of the Securities Exchange Act of 1934 and was publicly traded through the Over-the-Counter Bulletin Board system under the symbol "WTNT."

The Scheme To Defraud

3. In or about and between April 2003 and October 2003, both dates being approximate and inclusive, the defendant IRVING FREIBERG, together with others, engaged in a scheme to defraud investors in connection with the purchase and sale of the common stock of Witnet.

4. As part of the scheme, in or about April 2003, a group of individuals in Canada whose identities are known to the United States Attorney (collectively, the "Canadian co-conspirators"), which included several large Witnet shareholders, hired the defendant IRVING FREIBERG and a second stock promoter in Florida (the "Florida Stock Promoter") to increase artificially the trading volume in Witnet's stock and to manipulate its share price.

5. As a further part of the scheme, in or about and between May 2003 and July 2003, both dates being approximate and inclusive, the Canadian co-conspirators gave the defendant IRVING

FREIBERG and the Florida Stock Promoter approximately 10.6 million shares of Witnet common stock as payment for their services.

6. As a further part of the scheme, in or about and between May 2003 and August 2003, both dates being approximate and inclusive, the defendant IRVING FREIBERG and the Florida Stock Promoter, together with others, disseminated e-mails that contained false and misleading information about Witnet to the investing public. These e-mails not only falsely projected Witnet's future revenues, but also failed to disclose, among other things: (1) that the Canadian co-conspirators were the beneficial owners of large blocks of free-trading Witnet shares; (2) the fraudulent purpose of the agreement between the Canadian co-conspirators, FREIBERG and the Florida Stock Promoter to increase artificially the trading liquidity of Witnet's stock and to manipulate its share price; and (3) the actual compensation arrangement between the Canadian co-conspirators, FREIBERG and the Florida Stock Promoter.

7. As a further part of the scheme, in or about between May 2003 and October 2003, both dates being approximate and inclusive, the defendant IRVING FREIBERG and the Florida Stock Promoter sold the 10.6 million shares of Witnet common stock they received from the Canadian co-conspirators. As a direct result of the increased trading volume generated by

FREIBERG and the Florida Stock Promoter, the Canadian co-conspirators also sold shares of Witnet stock during this period.

## CONSPIRACY TO COMMIT SECURITIES FRAUD

8. The allegations contained in paragraphs 1 through 7 are re-alleged and incorporated as though fully set forth in this paragraph.

9. In or about and between April 2003 and October 2003, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant IRVING FREIBERG, together with others, did knowingly and intentionally conspire (a) to defraud persons in connection with securities of an issuer with a class of securities that was registered under Section 12 of the Securities Exchange Act of 1934, to wit, the common stock of Witnet, and (b) to obtain, by means of materially false or fraudulent pretenses, representations, and promises, money and property in connection with the purchase and sale of securities of an issuer with a class of securities that was registered under Section 12 of the Securities Exchange Act of

1934, to wit, the common stock of Witnet, all in violation of Title 18, United States Code, Section 1348.

(Title 18, United States Code, Sections 1349 and 3551 et seq.)

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

CRIMINAL Action   No. _____

UNITED STATES DISTRICT COURT
Eastern District of New York

UNITED STATES OF AMERICA

—Against—

IRVING FREIBERG,

DEFENDANT.

# I N F O R M A T I O N

ROSLYNN MAUSKOPF
United States Attorney
Attorney for USA
Office and Post Office Address,
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Due service of a copy of the within _____ is hereby admitted.

Dated: _____

Attorney for _____

---

SIR:

PLEASE TAKE NOTICE that the within will be presented for settlement and signature to the Clerk of the United States District Court in his office at the U.S. Courthouse, 225 Cadman Plaza East, Brooklyn, New York, on the ___ day of _____, at 10:30 o'clock in the forenoon.

Dated: Brooklyn New York,

United States Attorney,
Attorney for _____

To: _____

Attorney for _____

---

SIR:

PLEASE TAKE NOTICE that the within is a true copy of _____ duly entered herein on the ___ day of _____, in the office of the Clerk of the Eastern District of New York,

Dated: Brooklyn, New York

United States Attorney,
Attorney for _____

To: _____

Attorney for _____

AUSA SUZANNE McDERMOTT
718-254-6459