**DOCKET NUMBER:** CR-06-570, 07-734     **CRIMINAL CAUSE FOR** SENTENCING
**BEFORE JUDGE:** KORMAN   **DATE:** 8/19/2011   **TIME IN COURT** ___ HRS 15 MINS

**DEFENDANT'S NAME:** IRVING FREIBERG   **DEFENDANTS #** ___
☑ Present   ☐ Not Present   ☒ Custody   ☐ Not Custody
**DEFENSE COUNSEL:** JOSEPH TACOPINA
☐ Federal Defender   ☐ CJA   ☐ Retained
**A.U.S.A.:** WINSTON PAES   **Case Manager:** PaulaMarie Susi
**ESR** _____   **INTERPRETER:** _____   **LANGUAGE:** _____

☐ Revocation of Probation non contested   ☐ Revocation of Probation contested
☒ Sentencing non-evidentiary   ☐ Sentencing Contested
☐ Revocation of Supervised Release evidentiary   ☐ Revocation of Supervised Release non-evidentiary

_ CASE CALLED.   _ **COURT FINDS FACTUAL BASIS FOR, AND ACCEPTS, RULE 11 PLEA.**
✓ SENTENCING ADJ'D TO 9/23/11 @ 2:30 .
_ SENTENCING HELD.   _ STATEMENTS OF DEFT AND COUNSEL HEARD.
_ DEFT SENTENCED ON COUNT(S) _____
SENTENCE TEXT: _____

RMG OPEN COUNTS ARE DISMISSED ON   _ GOVT'S   _ COURT'S MOTION
= *COURT ADVISED DEFT OF RIGHT TO APPEAL.*   _ I.F.P. GRANTED.
= *DEFT WAIVED RIGHT TO APPEAL IN PLEA AGREEMENT.*
_ DEFT REMANDED.   _ DEFT ON BAIL PENDING APPEAL.

**UTILITIES**
☐ ~Util-Plea Entered   ☐ ~Util-Add terminate Attorneys   ☐ ~Util-Bond Set/Reset
☐ ~Util-Exparte Matter   ☐ ~Util-Indictment Un Sealed   ☐ ~Util-Information Unsealed
☐ ~Util-Set/Reset Deadlines   ☐ ~Util-Set/Reset Deadlines/Hearings
☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings   ☐ ~Util-Terminate Motions
☐ ~Util-Terminate Parties   ☐ ~Util-Set/Reset Hearings

**Do these minutes contain ruling(s) on motion(s)?** ☐ YES   ☐ NO
**TEXT**