DOCKET NUMBER:__CR-06-570, 07-734__   CRIMINAL CAUSE FOR SENTENCING
BEFORE JUDGE:_____KORMAN___ DATE:__1/20/2012___ TIME IN COURT__1_ HRS_ 15 _MINS

DEFENDANT'S NAME:_IRVING FREIBERG   _ DEFENDANTS #_____
☒ Present   ☐ Not Present   ☐ Custody   ☒ Not Custody

DEFENSE COUNSEL:_____JOSEPH TACOPINA // CHAD SEIGEL_____
☐ Federal Defender   ☒ CJA   ☐ Retained

A.U.S.A.:___WINSTON PAES_____   Case Manager: PaulaMarie Susi

ESR ___Lowe___   INTERPRETER:_____   LANGUAGE:_____

☐ Revocation of Probation non contested   ☐ Revocation of Probation contested
☒ Sentencing non-evidentiary   ☐ Sentencing Contested
☐ Revocation of Supervised Release evidentiary   ☐ Revocation of Supervised Release non-evidentiary

✓ CASE CALLED.   ✓ **COURT FOUND FACTUAL BASIS FOR & ACCEPTED RULE 11 PLEA.**
_ SENTENCING ADJ'D TO_____.
✓ SENTENCING HELD. FURTHER STATEMENTS OF DEFT AND COUNSEL HEARD.
_ DEFT SENTENCED ON COUNT(S)_____

SENTENCE TEXT:
CAG 6mos (to be served weekends only); 5 yrs SR and up to 150 hrs Comm/ Service pr year as donated; fine $261,483.47 to be pd w/i 2 yrs.    $200 SA

RMG OPEN COUNTS ARE DISMISSED ON ✓ GOVTS   _ COURT'S MOTION
_ *COURT ADVISED DEFT OF RIGHT TO APPEAL.*   _ I.F.P. GRANTED.
✓ *DEFT WAIVED RIGHT TO APPEAL IN PLEA AGREEMENT.*
_ DEFT REMANDED.   _ DEFT ON BAIL PENDING APPEAL.

**UTILITIES**
☐ ~Util-Plea Entered   ☐ ~Util-Add terminate Attorneys   ☐ ~Util-Bond Set/Reset
☐ ~Util-Exparte Matter   ☐ ~Util-Indictment Un Sealed   ☐ ~Util-Information Unsealed
☐ ~Util-Set/Reset Deadlines   ☐ ~Util-Set/Reset Deadlines/Hearings
☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings   ☐ ~Util-Terminate Motions
☒ ~Util-Terminate Parties   ☐ ~Util-Set/Reset Hearings

**Do these minutes contain ruling(s) on motion(s)?** ☐ YES   ☐ NO
**TEXT**
SU.1 granted.
vol surr 4/20/12 to Smithy; rec. Miami area.