LAW OFFICES OF
# Tacopina Seigel & Turano
A PROFESSIONAL CORPORATION

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 227-8877
FACSIMILE (212) 619-1028
WWW.TACOPINALAW.COM

JOSEPH TACOPINA
CHAD D. SEIGEL♦
STEPHEN TURANO♦

DINA NESHEIWAT*
MATTHEW G. DEOREO^

GEORGE VOMVOLAKIS
FRANCESCO PENTA***
VICTOR SHERMAN+

♦ ALSO ADMITTED IN NEW JERSEY
* ALSO ADMITTED IN FLORIDA
+ ALSO ADMITTED IN CALIFORNIA
^ ALSO ADMITTED IN CONNECTICUT
*** ONLY ADMITTED IN ITALY

MILAN OFFICE:
20149 MILANO
VIA DOMENICHINO, N. 35
MILAN, ITALY
TEL (02) 48012455

NEW JERSEY OFFICE:
60 PARK PLACE
SUITE 703-704
NEWARK, NEW JERSEY 07102

April 25, 2012

Hon. Edward R. Korman
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Irving Freiberg – 06 CR 570 and 07 CR 374

Your Honor:

      The defense respectfully submits this letter, on behalf of defendant Irving Freiberg, in response to a letter, dated April 24, 2012, from the Designation and Sentence Computation Center, requesting that the Court amend the Judgment and Commitment Order imposed on January 20, 2012, which sentenced Mr. Freiberg to a 6-month term of intermittent confinement to be served on weekends only. Notably, in order to effectuate the sentence intended, the defense consents to the requested amendment, so that the Judgment and Commitment Order would now specifically provide for a term of probation with the special condition of intermittent confinement for six months, to be served on weekends only.

      Additionally, we ask that the Court adhere to its former recommendation that Mr. Freiberg's intermittent incarceration be served in the Miami area to facilitate his ability to care for his minor children. Lastly, we request that the Court adjourn Mr. Freiberg's surrender date from this Friday, April 27, 2012, until Monday, June 18, 2012, so that he may spend Father's Day with his children.

      Your consideration in this matter is greatly appreciated.

Respectfully,

Joseph Tacopina

cc:   AUSA Winston Paes (via ECF and Email)